UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SONYA STEPHENSON and SELVIN STEPHENSON, through his Mother, Sonya Stephenson, | ) ) ) ) |
| Plaintiff, | ) Case No. 3-09-0368 |
| | ) Jury Demand |
| Vs. | ) Judge Haynes |
| | ) |
| THE KROGER CO., | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
WILLIAM J. HAYNES, JR., JUDGE

APPROVED FOR ENTRY:

s/ Donna L. Roberts
Donna L. Roberts (BPR # 022249)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Church Street, Suite 800
Nashville, TN 37219
Phone: (615) 782-2345
Fax: (615) 742-0714
Email: donna.roberts@stites.com

*Attorney for Defendant Kroger Co.*

EXHIBIT A
Case 3:09-cv-00368   Document 11-1   Filed 02/11/2010   Page 1 of 2
Case 3:09-cv-00368   Document 12   Filed 02/12/10   Page 1 of 1 PageID #: 49